# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

_____    Case #
                                   Chapter - 7
In Re.
                                   **STATEMENT OF**
                                   **NO PAYSTUBS**
**ERIN RAINES**

Debtor(s)
                    **Debtor(s).**

_____

The Debtor, hereby States the following:

That I have not submitted pay stubs evidencing income for the past sixty days to the court as part of my bankruptcy petition for the following reasons:

1. As of the Date of Signing the Petition, Debtor was is currently unemployed and was unemployed for Most of the past sixty days, and therefore did not have the prior sixty days paystubs as of the date of signing the Petition.

Dated: Kings, New York
       July 16, 2009

                            _____
                            ERIN RAINES, Debtor